CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 22 2010

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JEREMY ANTWAN HUTCHERSON, | ) | |
| Plaintiff, | ) | Civil Action No. 7:10cv00566 |
| v. | ) | **FINAL ORDER** |
| HALIFAX COUNTY, | ) | |
| | ) | By: Samuel G. Wilson |
| Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is **ORDERED** and **ADJUDGED** that Hutcherson's complaint is dismissed without prejudice pursuant to 28 U.S.C. 1915A(b)(1) and this case is **STRICKEN** from the active docket of the court.

**ENTER:** December 22, 2010

_____
UNITED STATES DISTRICT JUDGE